

FILED
DEC - 7 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   1:08CR213-AWI-5
                          )   ~~1:09-CR-00391-AWI~~
        Plaintiffs,       )
                          )
   vs.                    )   ORDER OF RELEASE
                          )
ANAI CASTRO HUATO,        )
                          )
        Defendant.        )
_____)

   The above named defendant having been sentenced on  to Time Served,

   IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 12-7-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1